[No. 63830-1-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENT REGAN DILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04199-2, Vicki L. Hogan, J., entered May 16, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 63831-9-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JAMES LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00268-0, Gordon Godfrey, J. Pro Tem., entered April 17, 2008. *Reversed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 63856-4-I.   Division One.   October 26, 2009.]

NANCY BUCHANAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-2-00459-5, Nelson E. Hunt, J., entered September 17, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 63862-9-I.   Division One.   October 26, 2009.]

*In the Matter of the Marriage of* ANTHONY SIDERIS, *Respondent*, and ERIN SIDERIS, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-3-01308-4, Jay B. Roof, J., entered September 19, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Lau, JJ.